QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALKI DAVID, DETRON BENDROSS, JEROME WOODS (P/K/A ROME), TRISCO SMITH-PEARSON, JEFFREY THOMPKINS (P/K/A JT MONEY), JONATHAN SHINHOSTER (P/K/A J-SHIN), SPECTACULAR SMITH, DIAMOND SMITH (P/K/A BABY BLUE), COREY MATHIS (P/K/A SLICK 'EM), EMMANUEL RAMONE DeANDA, ERIC JACKSON (P/K/A KAINE), DE'ANGELO HOLMES (P/K/A D-ROC), ANTHONY ROUND (P/K/A N.A.R.D.), and DENNIS ROUND,

  Plaintiffs,

  vs.

CBS INTERACTIVE INC., CNET NETWORKS, INC., LIME WIRE LLC, and LIME GROUP LLC,

  Defendants.

CASE NO. CV11 03807 DSF (JCx)

PLAINTIFFS' NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for plaintiffs Alki David, Detron Bendross, Jerome Woods (p/k/a Rome), Trisco Smith-Pearson, Jeffrey Thompkins (p/k/a JT Money), Jonathan Shinhoster (p/k/a J-Shin), Spectacular Smith, Diamond Smith (p/k/a Baby Blue), Corey Mathis (p/k/a Slick 'Em), Emmanuel Ramone DeAnda, Eric Jackson (p/k/a Kaine), De'Angelo Holmes (p/k/a D-Roc), Anthony Round (p/k/a N.A.R.D.), Dennis Round, and Corey Johnson (p/k/a Coldhard), certifies that they are aware of no other parties that have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

May 3, 2011

Respectfully submitted,

By _____
Michael T. Zeller
Adam B. Wolfson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (facsimile)

Attorneys for Plaintiffs