UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 11-3807 DSF (JCx) | Date 5/24/11 |
| Title Alki David v. CBS Interactive, Inc., et al. | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) ORDER TO COMPLY WITH NOTICE TO COUNSEL RE THE FILING OF A COPYRIGHT AND/OR PATENT & TRADEMARK REPORTING REQUIREMENTS

    Counsel is ordered to comply with the above-referenced Notice to Counsel filed on May 4, 2011 within five days.

    IT IS SO ORDERED.