1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Michael T. Zeller (Bar No. 196417)
2   michaelzeller@quinnemanuel.com
    Adam B. Wolfson (Bar No. 262125)
3   adamwolfson@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALKI DAVID, DETRON BENDROSS, JEROME WOODS (P/K/A ROME), TRISCO SMITH-PEARSON, JEFFREY THOMPKINS (P/K/A JT MONEY), JONATHAN SHINHOSTER (P/K/A J-SHIN), SPECTACULAR SMITH, DIAMOND SMITH (P/K/A BABY BLUE), COREY MATHIS (P/K/A SLICK 'EM), EMMANUEL RAMONE DeANDA, ERIC JACKSON (P/K/A KAINE), DE'ANGELO HOLMES (P/K/A D-ROC), ANTHONY ROUND (P/K/A N.A.R.D.), DENNIS ROUND, and COREY JOHNSON (P/K/A COLDHARD),<br><br>        Plaintiffs,<br><br>    vs.<br><br>CBS INTERACTIVE INC., CNET NETWORKS, INC., LIME WIRE LLC, and LIME GROUP LLC,<br><br>        Defendants. | CASE NO. 2:11-cv-03807-DSF<br><br>NOTICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

NOTICE

|   |   |
|---|---|
| 1 | WHEREAS, since the time of the filing of the original Complaint by plaintiffs in this case, numerous artists and other copyright owners have approached plaintiff Alki David about potentially joining this lawsuit as plaintiffs; |

WHEREAS, since the time of the filing of the original Complaint by plaintiffs in this case, numerous artists and other copyright owners have approached plaintiff Alki David about potentially joining this lawsuit as plaintiffs;

WHEREAS, as a result, the current plaintiffs intend to amend and are in the process of working to amend this suit to add further plaintiffs and additional copyrighted works;

WHEREAS, the artists and copyright owners who have expressed interest in joining this action as plaintiffs together own many thousands of songs and other copyrighted works;

WHEREAS, plaintiffs are assessing and analyzing these voluminous additional copyrighted works for inclusion in the amended suit, which is a time consuming process; and

WHEREAS, because the amended suit is expected to substantially expand and change the current suit, it is also more efficient and more convenient for the Court and the parties to proceed on the basis of the amended suit instead the current Complaint;

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby give notice that they voluntarily dismiss the above-captioned action, without prejudice, as against Defendants CBS Interactive Inc., CNET Networks, Inc., Lime Wire LLC, and Lime Group LLC and that they intend to file a further action with additional plaintiffs.

| | | |
|---|---|---|
| 1 | Dated: July 4, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Adam B. Wolfson |
| | | Adam B. Wolfson |
| 5 | | QUINN EMANUEL URQUHART & |
| 6 | | SULLIVAN, LLP |
| | | 865 S. Figueroa |
| 7 | | Los Angeles, California 90017 |
| 8 | | (213) 443-3000 |
| | | (213) 443-3100 (facsimile) |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |

-3-

NOTICE