AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Central District of California<br>312 N. Spring Street<br>Los Angeles, California 90012 |
|---|---|---|
| DOCKET NO.<br>11-cv-03807-DSF | DATE FILED<br>5/4/2011 | |
| PLAINTIFF<br>Alki David, et al. | | DEFENDANT<br>CBS Interactive Inc., et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached schedule | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  Ntc. of Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☒ Yes   ☐ No | DATE RENDERED<br>07/04/2011 |
|---|---|---|
| CLERK<br>Terry R. Nafisi | (BY) DEPUTY CLERK<br>Raymond Neal | DATE<br>07/07/2011 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## SCHEDULE OF PLAINTIFFS' COPYRIGHTED WORKS

|    | Copyright Reg. No. | Title of Work | Author of Work |
|----|---|---|---|
| 1. | V3566D937 | Fishtales | Alkiviades David |
| 2. | Registration pending | She A Star | Detron Bendross |
| 3. | Registration pending | Run Da Yard | Jeffrey Thompkins |
| 4. | Registration pending | Topless | Diamond Smith, Spectacular Smith, Joseph Smith, Emmanuel DeAnda |
| 5. | Registration pending | Tipsy In Dis Club | Diamond Smith, Spectacular Smith, Joseph Smith, Emmanuel DeAnda |
| 6. | Registration pending | Sex Drive | Dennis Round |